Ivan Yacub
Yacub Law Office
77 S. Washington St., Suite 309
Rockville, MD 20850
iyacub@yacublaw.com
(301) 424-7514
*Counsel for Petitioner*

Kerry E. Doyle, Esq.*
Mass BBO 565648
Green & Spiegel, LLC
1524 Delancey Street, Suite 4
Philadelphia, Pennsylvania 19102
kdoyle@gands-us.com
(215) 395-8959
(617) 216-1248
**Pro Hac Vice*

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

| | | |
|---|---|---|
| JUAREZ CRUZ, Leonardo Sebastian<br>(A 235 477 136)<br>Petitioner,<br><br>v.<br><br>HIDALGO, Ney<br>Caroline Detention Facility;<br><br>Respondent. | ) | **Civil Case No.: 26-cv-02942-LMB-WEF**<br><br>**PETITION FOR WRIT OF HABEAS CORPUS** |

## MOTION TO DISMISS

Petitioner, by and through counsel, respectfully moves this Court to voluntarily dismiss, without prejudice, Petitioner's Writ of Habeas Corpus. He has been released by Immigration and Customs Enforcement ("ICE") on a bond order issued on September 17, 2026 by the Immigration Judge. All of his personal documents confiscated at his arrest at

National Airport in Washington, D.C. by ICE have on this day, September 25, 2026, now been returned to Petitioner by ICE.

For these reasons, the Petitioner voluntarily dismisses, without prejudice, his pending writ of habeas corpus before this Court.

Respectfully submitted,

By: ***/s/Ivan Yacub***
Ivan Yacub
Yacub Law Office
77 S. Washington St., Suite 309
Rockville, MD 20850
iyacub@yacublaw.com
(301) 424-7514
*Counsel for Petitioner*

Kerry E. Doyle, Esq.*
Mass BBO 565648
Green & Spiegel, LLC
1524 Delancey Street, Suite 4
Philadelphia, Pennsylvania 19102
kdoyle@gands-us.com
(215) 395-8959
(617) 216-1248
**Pro Hac Vice*

So Ordered

/s/ LMB
Leonie M. Brinkema
United States District Judge
9/25/26